United States District Court
Southern District of Texas
**ENTERED**
March 14, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ANTON SCOTT HALEY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 2:23-CV-00026 |
| | § | |
| SOUND VIBRATIONS INC., | § | |
| | § | |
| Defendant. | § | |

## **FINAL JUDGMENT**

Pursuant to the parties' Joint Stipulation to Dismissal with Prejudice (D.E. 15), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on March 14, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE